UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-RM1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RM1,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY; ELKHORN COMMUNITY ASSOCIATION, A NEVADA NON-PROFIT CORPORATION,<br><br>Defendants. | Case No. 2:16-cv-02717-RFB-VCF<br><br>ORDER |

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions or partial decisions on some but not all issues, the Court will not consider any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

**IT IS THEREFORE ORDERED** that this case is hereby STAYED.

**IT IS FURTHER ORDERED** that Plaintiff U.S. Bank National Association, Counter Defendant U.S. Bank National Association's Motion for Summary Judgment and Motion for Summary Judgment are DENIED without prejudice. ECF No. [28] and ECF No. [46]

**IT IS FURTHER ORDERED** that Defendant SFR Investments Pool 1, LLC's Motion for Partial Summary Judgment is DENIED without prejudice. ECF No. [31].

**IT IS FURTHER ORDERED** that Cross Claimant SFR Investments Pool 1, LLC, Counter Claimant SFR Investments, LLC, Defendant SFR Investments, Pool 1, LLC's Motion for Summary Judgment is DENIED without prejudice. ECF No. [47].

The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified [Motion for Summary Judgment/Motion to Dismiss] or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that all other pending motions are DENIED without prejudice.

**DATED** this 22nd day of March, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**