Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank National Association, in trust for the benefit of the Certificateholders of J.P. Morgan Mortgage Acquisition Trust 2006-RM1, Asset Backed Pass-Through Certificates, Series 2006-RM1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-RM1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RM1, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY; ELKHORN COMMUNITY ASSOCIATION, A NEVADA NON-PROFIT CORPORATION, <br><br> Defendants. | CASE NO. 2:16-cv-02717- RFB-VCF <br><br><br> **STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., ELKHORN COMMUNITY ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 22, 2018** |
| ELKHORN COMMUNITY ASSOCIATION, A NEVADA NON-PROFIT CORPORATION, <br><br> Thirdparty Plaintiff, <br><br> vs. <br><br> ABSOLUTE COLLECTION SERVICES, LLC <br><br> Thirdparty Defendant. | |

DMWEST #17983655 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135-2958

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY, | |
| Cross Claimant, | |
| vs. | |
| HEIDI R. WALTERS, | |
| Cross Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY, | |
| Counter Claimant, | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-RM1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RM1, | |
| Counter Defendant. | |

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff U.S. Bank National Association, in trust for the benefit of the Certificateholders of J.P. Morgan Mortgage Acquisition Trust 2006-RM1, Asset Backed Pass-Through Certificates, Series 2006-RM1 ("Trustee"), Defendant/Counterclaimant SFR Investment Pools 1, LLC ("SFR"), Absolute Collection Services, LLC ("ACS") and Defendant Elkhorn Community Association ("Elkhorn") (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 7241 Tigertail Court, Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on June 17, 2014, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20060517-0004105 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint, Counterclaim, and Third-party Complaint, shall be DISMISSED with prejudice;

4. The Parties further stipulate and agree that the $500 in security costs posted by the Trustee on March 7, 2017 pursuant to this Court's Order [ECF No. 16] shall be discharged and released to the Ballard Spahr LLP Trust Account;

5. The Parties further stipulate and agree that the two Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20161227-0002804 and 201704180000802 be, and the same hereby are, EXPUNGED;

6. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

7. The Parties further agree to lift the stay entered March 22, 2018 [ECF No. 53]; and

(*Remainder of Page Intentionally Left Blank*)

DMWEST #17983655 v1

8. Each party in this case number 2:16-cv-02717-RFB-VCF shall bear its own attorneys' fees and costs.

Dated: October __, 2018

KIM GILBERT EBRON

By: /s/ Jaqueline A. Gilbert
Diana S. Ebron
Nevada Bar No. 10580
Jacqueline A. Gilbert
Nevada Bar No. 10593
Karen L. Hanks
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

BOYACK ORME & ANTHONY

By: /s/ Christopher B. Anthony
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Christopher B. Anthony, Esq.
Nevada Bar No. 9748
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for Defendant/Third-Party Plaintiff, Elkhorn Community Association*

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Plaintiff/Counter-Defendant*

ABSOLUTE COLLECTION SERVICES

By: /s/ Shane D. Cox
Shane D. Cox, Esq.
Nevada Bar No. 13852
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128

*Attorney for Third-Party Defendant, Absolute Collection Services, LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of October, 2018.

4

DMWEST #17983655 v1